**Order entered March 13, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01372-CR**
**No. 05-19-01373-CR**

**DONTE DARNELL EASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75377-P & F18-75380-P**

**ORDER**

Before the Court is court reporter Crystal Jones-Brown's March 11, 2020 letter which we shall treat as a request for additional time to file the reporter's record in the above appeals. We **GRANT** the request and **ORDER** the reporter's record filed on or before March 18, 2020.

/s/    BILL PEDERSEN, III
       JUSTICE